Good morning, ladies and gentlemen. Our first case for this morning is Arnold Phillips against the Illinois Department of Financial and Professional Regulation. And Mr. Phillips will return. Good morning, Your Honors and counselors for the defendants. May it please the Court, my name is Arnold G. Phillips and I'm appearing before this Court because my complaint 16-CV-11157 which was filed in the District Court on December 7th, 2016 was dismissed on July 14th, 2017 with prejudice on the basis of state immunity. My focus here is on the immunity issue from three perspectives. Number one, number two, and number three. Number one, individual capacity. And I cite the Supreme Court case, relatively recent, April 25th, 2017, Lewis v. Clark, which says that a 42 U.S.C. 1983 lawsuit can be brought against an official, a state official, in his individual capacity. So, I should probably cut to Dr. Phillips, but it looked to me as though the District Court was not, didn't realize that you were actually drawing up an individual capacity suit. Oh, well. She seems to have assumed that it was entirely official capacity, which of course causes all kind of... Oh, well, I'll come to that. Okay. But I have to say that in my response to defendants' motion to dismiss, I used the words personal capacity, and they're typed in at page 12 in bold capital letters for any and all to see. I even brought it with me, if you would like to see, but it's there. That's fine. Okay. The second case under individual capacity is the Murphy v. Smith and Folk case. That was decided two weeks, December 21st, after I filed my complaint in District Court. And in that case, there is a clear, very clear analysis of what Illinois sovereign immunity means for individual employees as follows. And I just would like to bring forward three, one, two, three items in Murphy, in the Murphy court, section 2C. Number one, a claim against a state official or employee is a claim against the state. Number one, there are no allegations that an agent or employee of the state acted beyond the scope of his or her authority through wrongful acts. Well, in my complaint, there are, and the appeal, there are at minimum two state agents or employees who acted outside the scope of their authority and acted wrongfully. Okay, that's number one. Number two. Mr. Phillips, can I ask you a question? If we remanded it, would you amend your complaint to make it clear that you were suing these people in their individual capacity? Is that what you would like? Well, that's exactly, Your Honor, that's exactly what I'm going to come to. And I totally agree with what you said. Number two, the duty alleged to have been breached was not owed to the public generally independent of state employment. While the duties owed to the public were breached, and very strongly and wrongfully, and they were generally independent of the fact of state employment. And the public is owed truthful and accurate information regarding licensed health care professionals, and that's in 225 ILCS 60. Now, at one point, didn't you say, though, that you were not looking for something from them in their individual capacity? Your Honor, I was going to come to that, save that for Renato, but I will answer it right now. You know, Dodger, one of the things that our quaint rules say, the last thing you should ever do when you're in a position, I'll come to that. Start answering the question, don't let it pass. I will, Your Honor, instantly. I'm not unfamiliar with the Seventh Circuit in that I had a previous case against the state, very similar to this one, 08-CV-07309, and when a notice of appeal was filed, the mediation service of the Seventh Circuit came into the situation and the case was settled. And a check was issued to me from the State of Illinois, and it said State of Illinois on that. I did not, in that case, rely on a monetary recovery from the individuals. So by analogy, my thinking was this should be the same. Perhaps I was wrong, perhaps I was right, but I was going on. It's a complicated area, I'm just going to tell you, because theoretically, of course, you can't get damages from the state, but you could from the individuals and their individual capacity. But, in fact, in many instances, both the state and municipalities and counties indemnify the individuals if they do make a payment. And so sometimes when all is said and done, especially if it's settled and it's not presidential, you might get a check against the state. Well, Your Honor, that's what happened in the previous case. But the question before us, really, is whether it was wrong not to let your case go forward with at least the chance to amend. And this capacity issue is, rightly or wrongly, something that we need to pay serious attention to because of the restrictions on direct lawsuits against a state. Yes, Your Honor. I did want to mention concerning amending the complaint, the Foster v. DeLuca case, where amending a complaint was allowed, as well as Crowell v. Board of Trustees of the University of Illinois, as well as Rodriguez v. Plymouth Ambulance Service. All three of those are Seventh Circuit cases. And I did not use the word capacity attached to each individual, but I defined state employees as individuals with specificity. That is, individuals, each with their name,  and each with the time frame related to the times when wrongdoing, which has been admitted by the state, when wrongdoing occurred. Okay, so now I'm just going to invite you, if you do want to save some rebuttal time, your time is waning at this point. Okay, yes, I see that, Your Honor. I also want to add that suits can be brought in their official capacity, and I'm citing Grievous v. Anderson, another Seventh Circuit case. Ongoing violations of federal law, I would again cite Crowell, and I seek relief through a declaratory judgment because removal of my name and my license from the National Practitioner's Data Bank and the Medical Index of the Illinois Secretary of State have not been affected. So the statement made, the assertion made by defendants that my license has been put to active status is fallacious. It has not. Okay. That's it. Thank you very much. Thank you, Your Honor. You'll have just a little bit. Mr. Dozman. May it please the Court. I'm Assistant Attorney General Aaron Dozman, and I represent the defendants. The district court correctly construed Dr. Phillips' complaint as bringing official capacity claims and was barred by the 11th Amendment. Through his complaint and in his response to our motion to dismiss, Dr. Phillips made clear that he was suing the state for money damages. Well, he says a couple of things. Isn't it ambiguous? I mean, I would agree with you. He doesn't, as a lawyer might have done, say I am suing these individuals in their individual capacity, and we wouldn't even be here if he had. But he does seem to have said some things that make it look as though it may have been. Shouldn't the judge have, particularly because he was pro se, given him a chance to clarify? I don't think that this complaint is about mislabeling official versus individual capacity. The substance of his complaint was that the department inactivated his license. But there's a monetary dimension to that, and he's just now said, and we have to take the facts as he alleges them, that the problem has not been solved. And so there would be a potential injunction to get his name removed from these various lists. A couple of points about, well, first his, the theory of his recovery was the department did something wrong, the individuals were supervisors who didn't correct it or something. And then in his response he makes it clear he's not going after the individuals, the pockets of the individuals or whatever. As for an ongoing violation, he alleged that his license was placed back on active status, and that is the prospective relief he was seeking, was the reactivation of his license. Well, he says some things certainly make it look like an official capacity suit. And there we have the question whether it should have gone forward to see if the kind of corrective measures that he's seeking, we don't know. I mean, the facts are not developed yet, so we have to assume that they are not, that this is not corrective. At a minimum, you would have to go to summary judgment to do a little bit of discovery. But he also says that the defendants, and I believe this is a quote, personally and or in a supervisory capacity inactivated his license. And then he says he's not seeking damages from them, quote, when they were functioning in their official capacities as public servants. So, you know, what does that mean? Sure. It's confusing. But I think the complaint is clear. Clear? I think the theory is clear, and he confirmed it today. I'm not sure what's clear. Why wasn't he given an, I mean, did he seek the opportunity to amend? Why did the district court dismiss it with prejudice rather than without prejudice? He never asked to amend. And I don't think the district court was required to respond to ask him. After our motion to dismiss told him it was barred by the 11th Amendment, he was, our motion to dismiss explained the deficiencies in the complaint. He chose to go forward on it. He did also move to supplement his pleadings at one point, but he didn't add any allegations. But, you know, you say the district judge wasn't required to ask, but I can think of a number of instances in which, particularly in the post-Twombly-Iqbal world, we've said, you know, you shouldn't just throw something out the door on the first try. People are entitled to at least one chance to conform their complaint. Put another way, everybody has the privilege of rising to the height of becoming a failure. He, well, he could have asked to amend before, after receiving the motion to dismiss. The district court then dismisses his complaint on 11th Amendment grounds. He didn't move post-judgment for any post-judgment motions. He went straight to appeal. But you don't have to file a post-judgment motion. That's clear. No. That is actually clear. Yes. And I believe if he filed a post-judgment motion, typically those are construed liberally to encompass the Rule 15. No, I understand that, and maybe that would have worked. But there's no rule that once the district court has dismissed a case with prejudice, you have to come back and file a Rule 59 or rule anything else motion. You can go straight to appeal if you want to. Why? I mean, that's sort of the old-fashioned exceptions. He was steadfast in his – I read the motion to dismiss, and the district court did also that. He was not suing these individuals in their individual capacity, and we have to take him at his word. And I don't think that liberal construction can save him from the theory that he's pursuing. He just realized too late that this isn't a theory that he can pursue in federal court. But it wasn't really too late because he still could have filed an amended complaint. And his complaint is not a model of clarity, but it does have some portions of it that do seem to suggest he's suing these people in their individual capacity. There are portions read in isolation that, you know, maybe. But reading it as a whole, he's complaining that the department did this, the department inactivated his license, and these people, these supervisors, these current and past supervisors, all collectively just failed to correct this problem. I don't think we can parse out from that a claim against any one of the individuals. So I'm not going to disagree with you if you're suggesting that there's some hurdles down the road if this does wind up as an amended complaint specifying the individual capacity of these people. But we don't usually do that kind of gestalt ruling on a complaint, thinking, you know what, in the long run you're not going to win, so we're just going to throw it out anyway right now. We don't do that. We wait and see if there's the requisite individual involvement. We wait to see what discovery turns up. I don't think the district court erred based on what he said, what she was given to decide that this complaint was based on the Eleventh Amendment. On appeal, he hasn't offered any... And it's not really the Eleventh Amendment anyway. You know, it's Will against Michigan State Police. Not a person. Not a person. Yeah. Which could make a difference. But on appeal he hasn't offered any corrections, and I have nothing to respond to on what he could bring up. No, and that's not your job, of course. Right. If the district court is involved and is required now to ask every time, are you sure that you understand this and are you sure you don't want to bring any more into... Well, all the district court has to say is, I find this complaint inadequate for the following reason, but I'm going to give you one chance to amend. And they do that all the time in pro se cases. Yes. All the time. I understand that. It would have helped if he had sought to amend. He did move to supplement. The district court granted that motion to supplement. I think he gave up everything that he had in the district court to show merit to his complaint, and it just, unfortunately, the theory was barred. I think he just didn't understand that he couldn't sue in the official capacity, and so he didn't understand what he needed to do to amend to clarify that he was only pursuing the individual capacity claims. I agree. That's likely, but labels wouldn't sink his claim. It would be the substance of the allegations, and the district court could, reading the whole complaint, decide did an individual cause the tort? Did an individual deactivate that license wrongly? And that just wasn't in the complaint. Well, she couldn't decide that on merits, right, because it wasn't summary judgment. She had to just decide taking his allegations as true. Is it possible that an individual was responsible for the tort? An individual being responsible for the tort is different from the supervisors being brought in for being supervisors. And maybe he could have named a John Doe or asked the department who did the inactivation or a little more research on that front, and he would have been given discovery to figure out who the John Doe was, and that happens all the time too. So I don't think it was out of options. I think the district court did the best she could with what he was telling the district court, and I think that was fair, treated him fairly in that respect. If there are no further questions, we will stand on the briefs. Thank you very much, then. Thank you. I think you have about one minute left. I'll round it up to a minute, Dr. Phillips. Thank you. Just two items here. How would the Illinois Supreme Court view this? The Cirincione v. Johnson case, the court would not worship form over substance. That was in 1998. The other matter is, and this is something that I don't know when I'm really asking the court this. The possibility seems remote. Your Honor? I said the possibility seems remote. If there's something you don't know, go ahead. Yeah, there is, Your Honor. In the district court, my complaint was filed, and a motion to dismiss followed, and immediately afterwards there was termination of the case. Now, my understanding of things is that I thereby lose my right to amend. That's my question. Is that correct? And that's why I didn't file. You have a few. Actually, you know, I'll just say it's more complicated than that. People do file motions to reconsider  Yes, Your Honor. Well, I would be pleased to have the one opportunity to amend. Thank you, Your Honor. All right. Thank you very much. Thanks to both counsel. We'll take the case under advisement.